**Order entered June 28, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00539-CV

### GARY LEW MAYPOLE, SR., ET AL., Appellants

### V.

### ACADIAN AMBULANCE SERVICE, INC. ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-11335**

## ORDER

By letter filed June 14, 2018, court reporter David W. Langford informed the Court he had not reported any hearings in connection with this appeal and had not been asked to prepare a reporter's record. The following day, we directed appellants to file, within ten days, written verification they had requested the reporter's record. We cautioned appellants that failure to comply could result in the appeal being submitted without the record. *See* TEX. R. APP. P. 37.3(c). To date, appellants have not complied. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellants' brief be filed no later than July 30, 2018.

/s/ DAVID EVANS
   JUSTICE